```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/2024
```

MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

10011 TELEPHONE: 212-433-2554

**MEMORANDUM ENDORSED**

**June 17, 2024**

Honorable Gregory H. Woods
U.S. Magistrate Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

   *Re: Carlos Ruiz Florez vs. 84 Bino LLC, et al.*
   *Civil Action No.: 1:24-cv-01578-GHW*
   *Motion to Adjourn*

Dear Honorable District Judge Woods,

  We represent Plaintiff in the above-styled action.

  Pursuant to the Court's March 5, 2024 Scheduling Order [at DE#7], the Parties are required to attend the Initial Conference, 500 Pearl Street, June 24, 2022 at 2:00 PM in Courtroom 12C. However, as an initial matter, the Plaintiff wishes to inform the Court that neither Defendant has appeared yet in this action, and further that the Plaintiff has had no informal communication with the non-appearing Parties at this time, this despite the effectuation of Service upon the Secretary of the State as to Calf and Bull Inc. on March 12, 2024 and there answer now being past due [see DE#8]. Given the failure to appear, the Plaintiff submits that the grounds are appropriate for an adjournment of the initial conference and the requisite ancillary fillings therewith.

  Furthermore, it has recently come to the Plaintiff's attention that Service of 84 Bino LLC was not effectuated due to a spelling error, and thereon the Plaintiff would request that the Court permit—-through a separate application—-a motion to amend the pleadings and request amended summons as to the party of "84 BNO LLC" in the coming week. Thereon, and for these reasons, Plaintiff requests a 40-day extension of time adjourning the initial status conference and its associated deadlines under the Court's discretion.

  Thank you for your time in considering this request.

Most Respectfully,

*[signature]*

BARDUCCI LAW FIRM PLLC

Maria-Costanza Barducci Esq.

---

Application granted in part. The initial pretrial conference previously scheduled for June 24, 2024 is adjourned to August 2, 2024 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's March 5, 2024 order are due no later than July 26, 2024. Plaintiff is granted leave pursuant to Federal Rule of Civil Procedure 15(a)(2) to amend the complaint for the limited purpose of correcting the spelling of the name of Defendant 84 BNO LLC. The amended complaint must be filed no later than June 25, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.

Dated: June 18, 2024
New York, New York

*[signature]*
GREGORY H. WOODS
United States District Judge