

**Kaufman Dolowich LLP**
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kdvlaw.com

Jennifer Sherven, Esq.
JSherven@kaufmandolowich.com

September 18, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2024
```

**VIA ECF ONLY**
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   **Carlos Ruiz Florez v. Calf & Bull Inc. and 84 BNO LLC**
       **Case No.: 1:24-cv-01578-GHW**

Dear Judge Woods:

This firm represents the Defendants, 84 BNO LLC and CALF & BULL INC. ("Defendants") in the above-referenced action.

We write, with the consent of Plaintiff's counsel, to respectfully request a 30-day extension of time for Defendants to file a response to Plaintiff's Complaint and to adjourn the October 7, 2024 initial conference. As this firm has only recently been retained by Calf & Bull Inc., we need additional time to investigate the allegations in the Complaint and to discuss potential resolution on behalf of both Defendants. As such, Defendants seek an extension from September 19, 2024 until October 18, 2024 to answer, move against, or otherwise respond to Plaintiff's Complaint. The parties also respectfully request that the initial conference currently scheduled for October 7, 2024, and all related deadlines, be adjourned to a date convenient to the Court in November.

This is CALF & BULL INC.'s first request and 84 BNO LLC's second request for an extension of time to respond to Plaintiff's Complaint and, as noted above, both are made with the consent of Plaintiff's counsel.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich, LLP

Jennifer E. Sherven

Cc:   All Counsel of Record (*via* ECF)

---

Application granted. Defendants' application for an extension of time to answer or otherwise respond to the complaint, Dkt. No. 27, is granted. The deadline for Defendants to answer or otherwise respond to the complaint is extended to October 19, 2024. The initial pretrial conference scheduled for October 7, 2024 will be adjourned until November 18, 2024 at 4:00 p.m. The joint letter and proposed case management plan are now due November 11, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 27.

SO ORDERED.

Dated: September 19, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge